No. 09-11501. Albert Legette, III, Petitioner v. United States.

562 U.S. 1061, 131 S. Ct. 638, 178 L. Ed. 2d 478, 2010 U.S. LEXIS 9257.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 371 Fed. Appx. 30.

No. 09-11527. Ardeana Ellis, Petitioner v. SmithKline Beecham Corporation, dba GlaxoSmithKline.

562 U.S. 1061, 131 S. Ct. 638, 178 L. Ed. 2d 478, 2010 U.S. LEXIS 9097.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 481.

No. 09-11572. Lavang See, Petitioner v. California.

562 U.S. 1061, 131 S. Ct. 638, 178 L. Ed. 2d 478, 2010 U.S. LEXIS 9284.

November 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

No. 10-18. Webster M. Smith, Petitioner v. United States.

562 U.S. 1061, 131 S. Ct. 639, 178 L. Ed. 2d 478, 2010 U.S. LEXIS 9397.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 68 M.J. 445.

No. 10-86. Judy Johnson, et al., Petitioners v. Estate of Terry Gee, Jr., Deceased, by Special Administrator, Thomas Beeman.

562 U.S. 1061, 131 S. Ct. 641, 178 L. Ed. 2d 478, 2010 U.S. LEXIS 9307.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 365 Fed. Appx. 679.

No. 10-180. Cook County, Illinois, Petitioner v. Marlita Thomas.

562 U.S. 1061, 131 S. Ct. 643, 178 L. Ed. 2d 478, 2010 U.S. LEXIS 9387.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 604 F.3d 293.

No. 10-229. Susan M. Fox, Petitioner v. Traverse City Area Public Schools Board of Education, et al.

562 U.S. 1062, 131 S. Ct. 643, 178 L. Ed. 2d 478, 2010 U.S. LEXIS 9321.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 605 F.3d 345.